**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 24-2255**

---

In re: JOHNSON B. OGUNLANA,

      Petitioner.

---

On Petition for Writ of Mandamus to the United States District Court for the District of Maryland, at Baltimore. (1:20-cr-00285-JRR-1, 1:24-cv-00299-JRR)

---

Submitted: February 24, 2025                      Decided: March 5, 2025

---

Before KING, THACKER, and BERNER, Circuit Judges.

---

Petition denied by unpublished per curiam opinion.

---

Johnson B. Ogunlana, Petitioner Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Johnson B. Ogunlana petitions for a writ of mandamus, alleging that the district court has unduly delayed in ruling on his 28 U.S.C. § 2255 motion. He seeks an order from this court directing the district court to act. The last significant action in the district court was the Government's response brief in June 2024. We conclude that, on these facts, the record does not reveal undue delay in the district court. Accordingly, we deny the mandamus petition. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*